**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| IN RE: | |
|---|---|
| MARIMER OLAZAGASTI | CASE No. 12-01451 EAG |
| ROSA NELLIE VARGAS AROCHO | CASE No. 13-03065 EAG |
| RAUL GONZALEZ RODRIGUEZ | CASE No. 14-00709 EAG |
| INVESTMENTS GP & SR INC | CASE No. 15-01591 EAG |
| NOEL SANCHEZ VELEZ | CASE No. 15-01807 EAG |
| ISAC ELI FRANCESHINI CARABAL | CASE No. 15-05624 EAG |
| KARLY ANN MONTANEZ SANTANA | CASE No. 16-03439 EAG |
| HAYDEE FRANQUI SANCHEZ | CASE No. 16-04733 EAG |
| SHARON TRAVEL AND TOURS CORP | CASE No. 16-05639 EAG |
| INVERSIONES POS 452 CORPORATION | CASE No. 16-07834 EAG |
| VARADERO A PALMAS INC | CASE No. 18-07576 EAG |
| SOLIS ARROYO INC | CASE No. 19-04250 EAG |
| COLONIAL MEDICAL MANAGEMENT CORP | CASE No. 20-01495 EAG |
| EDFIKAR CORPORATION | CASE No. 20-02903 EAG |
| GR CONTRACT SERVICE INCORPORATED | CASE No. 21-01959 EAG |
| DEBTOR(S) | CHAPTER 7 |
| | ASSET CASES |

**TRUSTEE'S MOTION REQUESTING COURT AUTHORIZATION**
**TO PAY BLANKET BOND PREMIUMS**

**TO THE HONORABLE COURT:**

    **COMES NOW,** Wigberto Lugo Mender, CPA, duly appointed trustee of the above caption cases, and respectfully prays this Honorable Court as follows:

1. The undersigned trustee has received an invoice from International Sureties, LTD, in the amount of $6,592.75, corresponding to the blanket bond premium for the period from October 1, 2021 to October 1, 2022. Copy of this invoice is enclosed herein.

2. This invoice shall be paid in order for the trustee to be included in the blanket bond. The allocation of the premiums detailed above per each case subject to payment of a pro-rata share of

TRUSTEE'S MOTION REQUESTING COURT AUTHORIZATION
TO PAY BLANKET BOND PREMIUMS
PAGE # 2

said premiums is attached herein. This disbursement should be considered as administrative expenses of the undersigned trustee's administration.

3. WHEREFORE, the undersigned Trustee prays this Honorable Court to allow payment of the afore mentioned blanket bond invoice as follows:

| Case Number | Debtor Name | Ledger Balance | Percentage | Blanket Bond |
|---|---|---|---|---|
| 12-01451 EAG | Marimer Olazagasti | 840,970.95 | 25.3662% | 1,672.33 |
| 13-03065 EAG | Rosa Nellie Vargas Arocho | 144,576.02 | 4.3608% | 287.50 |
| 14-00709 EAG | Raul Gonzalez Rodriguez | 25,481.15 | 0.7686% | 50.67 |
| 15-01591 EAG | Investments GP & SR Inc | 477,469.14 | 14.4019% | 949.48 |
| 15-01807 EAG | Noel Sanchez Velez | 11,228.85 | 0.3387% | 22.33 |
| 15-05624 EAG | Isac Eli Franceshini Carabal | 2,500.00 | 0.0754% | 4.97 |
| 16-03439 EAG | Karly Ann Montanez Santana | 4,469.01 | 0.1348% | 8.89 |
| 16-04733 EAG | Haydee Franqui Sanchez | 56,570.87 | 1.7063% | 112.50 |
| 16-05639 EAG | Sharon Travel and Tours Corp | 8,894.75 | 0.5699% | 37.57 |
| 16-07834 EAG | Inversiones POS 452 Corporation | 9,206.76 | 0.2777% | 18.31 |
| 18-07576 EAG | Varadero A Palma Inc | 109,673.09 | 3.3081% | 218.09 |
| 19-04250 EAG | Solis Arroyo Inc | 7,496.03 | 0.2261% | 14.91 |
| 20-01495 EAG | Colonial Medical Management Corp | 1,159.15 | 0.0350% | 2.31 |
| 20-02903 EAG | Edfikar Corporation | 2,546.73 | 0.0768% | 5.06 |
| 21-01959 EAG | G.R. Granted Service Incorporated | 3,491.52 | 0.1053% | 6.94 |

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system.

**NOTICE TO ALL PARTIES:** within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of

TRUSTEE'S MOTION REQUESTING COURT AUTHORIZATION
TO PAY BLANKET BOND PREMIUMS
PAGE # 3

Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico this 20TH date of September of 2021.

/S/ Wigberto Lugo Mender
WIGBERTO LUGO MENDER
CHAPTER 7 TRUSTEE
Centro Internacional de Mercadeo
100 Rd #165 Suite 501
Guaynabo, PR 00968
Tel. (787) 707-0404
Fax (787) 707-0412
trustee@lugomender.com

## **ORDER**

The above trustee's request for authorization to pay blanket bond premiums as detailed herein is hereby approved and the trustee is directed to issue checks accordingly.

ORDERED, this _____ day of _____, 2021 at San Juan, Puerto Rico.

_____
U.S. BANKRUPTCY JUDGE

<pre>
                    INTERNATIONAL SURETIES, LTD.
                            SUITE 420
                         701 POYDRAS ST.
                      NEW ORLEANS, LA  70139
                  504-581-6404  Fax 504-581-1876
                       September 16,  2021

WIGBERTO LUGO-MENDER
CENTRO INTERNACIONAL DE MERCADEO              PHONE - 787-707-0404
CARR. 165 TORRE I SUITE 501                   FAX   - 787-707-0412
GUAYNABO, PR  00968                           eMAIL - wigberto@lugomen

                            INVOICE


Blanket Bond amount is  $   10,557,023

CHAPTER 7 BLANKET BOND PUERTO RICO - REGION 21


LIBERTY MUTUAL INSURANCE COMPANY

Bond # 016052125

TERM:  10/01/21  to  10/01/22

Your Funds on Deposit UNKNOWN




                                PREMIUM DUE          $  6,592.75


PAYMENT IS DUE UPON RECEIPT

MAIL CHECK PAYABLE TO INTERNATIONAL SURETIES, LTD. TO THE ADDRESS ABOVE

PLEASE WRITE YOUR BOND NUMBER IN THE CHECK MEMO


YOU MAY ALSO REMIT PAYMENT VIA WIRE TRANSFER TO:

   WHITNEY BANK                              ACCOUNT # 1000-900-1944
   228 ST. CHARLES AVENUE                    ABA # 065000171
   NEW ORLEANS, LA 70130                     TAX ID: 72-0708724
</pre>