United States Bankruptcy Court
District of Puerto Rico

In re:  
RAUL GONZALEZ RODRIGUEZ  
IDALY RIVERA GALIANO  
    Debtors

Case No. 14-00709-MAG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0104-2      User: centenoa      Page 1 of 3  
Date Rcvd: Feb 22, 2022      Form ID: caserea      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | RAUL GONZALEZ RODRIGUEZ, IDALY RIVERA GALIANO, PO BOX 1647, HORMIGUEROS, PR 00660-5647 |
| 3869562 | | DELGADO MIRANDA LAW OFFICES, PMB 112, 130 AVE WINSTON SUITE 1, SaN Juan, PR 00926-2226 |
| 3869566 | + | Island Finance, P.O. Box 673, Mayaguez, PR 00681-0673 |
| 3869568 | | LCDO CARLOS CABRERA COLON, PO BOX 7105, PONCE, PR 00732-7105 |
| 3869569 | + | LVNV, BOX 3038, Evansville, IN 47730-3038 |
| 3869559 | + | MIRIAM LOZADA RAMIREZ,ESQ., PASEO LOS ROBLES, 3020 JOSE MONGE, MAYAGUEZ, PR 00682-7918 |
| 3869799 | | PR ACQUISITIONS LLC, PO BOX 194499, SAN JUAN PR 00919-4499 |
| 3869570 | + | PR Asset PORTFOLIO, PMB 112, 130 AVE Winston Churchill, San Juan, PR 00926-6065 |
| 3869571 | | PR Telephone Co., P.O. Box 71401, San Juan, P.R. 00936-8501 |
| 3869572 | + | ROBERTO SANTANA- LEBRON, LUZ RIVERA RODR, CALLE COMERCIO #5, HORMIGUEROS, PR 00660-1805 |
| 3870258 | + | U.S. Federal Financial, L.L.C., P.O. Box 193781, SAN JUAN, P.R. 00919-3781 |
| 4143004 | + | US FEDERAL FINANCIAL, PO BOX 193781, SAN JUAN PR 00919-3781 |
| 3869560 | + | US FEDERAL FINANCIAL,LLC, PO BOX 71375, SAN JUAN, PR 00936-8475 |
| 4142750 | + | u.s. federal financial llc, P.O. Box 193791, San Juan, P.R. 00919-3791 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 3933936 | | Email/Text: hildaris.burgos@popular.com | Feb 22 2022 21:35:00 | BANCO POPULAR DE PUERTO RICO - SPECIAL LOANS, PO BOX 362708, SAN JUAN PR 00936-2708 |
| 3869574 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2022 22:00:56 | SEARS, P. O. Box 183001, COLUMBUS, OH 43218-3001 |
| 3869561 | | Email/Text: cfigueroa@crimpr.net | Feb 22 2022 21:36:00 | CRIM, PO BOX 195387, San Juan, P.R. 00919-5387 |
| 3869563 | | Email/Text: bankruptcy@hacienda.pr.gov | Feb 22 2022 21:46:00 | DEPARTAMENTO DE HACIENDA, P.O. Box 9024140, San Juan, P.R. 00902-4140 |
| 3974010 | | Email/Text: bankruptcy@hacienda.pr.gov | Feb 22 2022 21:46:00 | DEPARTMENT OF TREASURY, BANKRUPTCY SECTION 424 B, PO BOX 9024140, SAN JUAN, PR 00902-4140 |
| 4843851 | + | Email/Text: bankruptcy@hacienda.pr.gov | Feb 22 2022 21:46:00 | DEPARTMENT OF TREASURY, SECTION OF BANKRUPTCY 424-B, P.O. BOX 9024140, SAN JUAN P.R. 00902-4140 |
| 4085333 | + | Email/Text: wcaraballo@fondopr.com | Feb 22 2022 21:33:00 | FONDO SEGURO DEL ESTADO, PO BOX 365028, SAN JUAN PR 00936-5028 |
| 3869565 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 22 2022 21:33:00 | INTERNAL REVENUE SERVICE, ATTN. BANKRUPTCY DEPT., PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

| District/off: 0104-2 | User: centenoa | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: casearea | Total Noticed: 27 |

| Recip ID | | | | |
|---|---|---|---|---|
| 3869567 | Email/PDF: gecsedi@recoverycorp.com | | Feb 23 2022 14:26:27 | JC Penney, P.O. Box 364788, San Juan, P.R. 00936-4788 |
| 3934371 | Email/PDF: resurgentbknotifications@resurgent.com | | Feb 22 2022 22:00:33 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 3965319 | Email/PDF: ebn_ais@aisinfo.com | | Feb 22 2022 22:00:58 | Midland Funding LLC, by American InfoSource LP as agent, ATTN: Department 1, PO Box 4457, Houston, TX 77210-4457 |
| 4274911 | Email/Text: wcaraballo@fondopr.com | | Feb 22 2022 21:33:00 | STATE INSURANCE FUND CORPORATION, PO BOX 365028, SAN JUAN, PUERTO RICO 00936-5028 |
| 3869573 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 22:32:42 | Sam 'S CLUB, PO 105982 DEPT 77, Atlanta, GA 30348-5982 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3869555 | | 2:14-bk-709 |
| 3869564 | | GE PUERTO RICO |
| 3869556 | | RAUL GONZALEZ RODRIGUEZ |
| 4843853 | *+ | DEPARTMENT OF TREASURY, SECTION OF BANKRUPTCY 424-B, P.O. BOX 9024140, SAN JUAN P.R. 00902-4140 |
| 4843856 | *+ | DEPARTMENT OF TREASURY, SECTION OF BANKRUPTCY 424-B, P.O. BOX 9024140, SAN JUAN P.R. 00902-4140 |
| 3869558 | *+ | IDALY RIVERA GALIANO, PO BOX 1647, Hormigueros, PR 00660-5647 |
| 3869557 | *+ | RAUL GONZALEZ RODRIGUEZ, PO BOX 1647, Hormigueros, PR 00660-5647 |
| 3869575 | ##+ | SECURITY CREDIT, 2653 West Oxford Loop,, Suite 108, Oxford, MS 38655-2929 |

TOTAL: 3 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:

**Name**      **Email Address**

CARLOS G BATISTA JIMENEZ
    on behalf of Creditor US FEDERAL FINANCIAL LLC lcdobatista@frauyasoc.com

EDUARDO M VERAY
    on behalf of Creditor BANCO POPULAR DE PR SPCIAL LOANS eduardo.veray@popular.com eduardoveray@gmail.com

MIGDA L RODRIGUEZ COLLAZO
    on behalf of Creditor TREASURY DEPARTMENT OF THE COMMONWEALTH OF PUERTO RICO bankruptcyjusticia.gobierno.pr@gmail.com mlrcbankruptcy@gmail.com

| District/off: 0104-2 | User: centenoa | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: caserea | Total Noticed: 27 |

MIGDALIA EFFIE GUASP
    on behalf of Creditor BANCO POPULAR DE PR SPCIAL LOANS megbky@bppr.com migdalia.guasp@popular.com, migdalia.guasp@popular.com

MIRIAM SOCORRO LOZADA RAMIREZ
    on behalf of Debtor RAUL GONZALEZ RODRIGUEZ miriamlozada@gmail.com LOZADAMR73270@notify.bestcase.com

MONSITA LECAROZ ARRIBAS
    ustpregion21.hr.ecf@usdoj.gov

NOEMI LANDRAU RIVERA
    on behalf of Trustee NOEMI LANDRAU RIVERA nlandrau@landraulaw.com assistant@landraulaw.com

UNITED STATES TRUSTEE
    ustpregion21.hr.ecf@usdoj.gov

WIGBERTO LUGO MENDER
    trustee@lugomender.com wlugo@ecf.axosfs.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

IN RE:

**RAUL GONZALEZ RODRIGUEZ**
**IDALY RIVERA GALIANO**

**xxx−xx−1762**
**xxx−xx−2158**

Debtor(s)

Case No. **14−00709 MAG**

Chapter **7**

FILED & ENTERED ON 2/22/22

### NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

Please take notice that the instant case has been reassigned to the Honorable Maria de los Angeles Gonzalez, U.S. Bankruptcy Judge.

In San Juan, Puerto Rico, this **Tuesday, February 22, 2022**.

WILMA JAIME
Acting Clerk of the Court

By:*ALVIN CENTENO GONZALEZ*
Deputy Clerk